IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHOR BOLO LOR,

      Petitioner,                        No. CIV S-05-2342 FCD CMK P

      vs.

SCOTT KERNAN, Warden at
FOLSOM STATE PRISON,

      Respondent.                     ORDER

_____/

      Petitioner, a state prisoner represented by counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has paid the filing fee.  In his application, petitioner challenges a conviction issued by the Fresno County Superior Court.  Fresno County is part of the Fresno Division of the United States District Court for the Eastern District of California.  <u>See</u> Local Rule 3-120(d).

      Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court.  Therefore, this action will be transferred to the Fresno Division of the court.

/////

1  Good cause appearing, IT IS HEREBY ORDERED that:

2  1. This action is transferred to the United States District Court for the Eastern
3  District of California sitting in Fresno; and

4  2. All future filings shall reference the new Fresno case number assigned and
5  shall be filed at:

6  United States District Court
   Eastern District of California
7  1130 "O" Street
   Fresno, CA 93721

8  DATED: December 4, 2005.

```
/mp
lor 05cv2342.109
```

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE